UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
      :
YVONNE RICHARDS et al., on behalf of  :
themselves and all others similarly situated,  :
                                Plaintiffs,  :      21 Civ. 6659 (LGS)
      :
            -against-  :      **ORDER**
      :
MRS BPO, LLC et al.,  :
                                Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this action was removed from state court on the basis of federal question jurisdiction (Dkt. No. 1).

    WHEREAS, Defendant National Collegiate Student Loan Trust 2006-4 ("NCSLT") has filed a pre-motion letter regarding a proposed motion to dismiss (Dkt. No. 4). Plaintiffs oppose (Dkt. No. 6).

    WHEREAS, named Defendants Transworld Systems, Inc., MRS BPO, LLC and EGS Financial Systems, Inc. (collectively, the "Remaining Defendants") have not entered an appearance, and no proof of service has been filed for them.

    WHEREAS, the arguments NCSLT makes in support of its proposed motion to dismiss may overlap with those of the Remaining Defendants. It is hereby

    **ORDERED** that by **September 17, 2021**, Plaintiffs shall effect service upon the Remaining Defendants and file proof of service. In order to preserve the resources of the Court and the parties, any briefing schedule on NCSLT's proposed motion to dismiss will issue following service and any appearance by the Remaining Defendants. If NCSLT's claims for dismissal overlap with those of the other Defendants, the Court may direct consolidated briefing.

Dated: August 23, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE