UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YVONNE RICHARDS et al.,
                        Plaintiffs,

           -against-

MRS BPO, LLC, et al.,

                        Defendants.
------------------------------------------------------------X

21 Civ. 06659 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's September 24, 2021 Order (Dkt. No. 17) directed the parties to file their submissions in connection with Defendant National Collegiate Student Loan Trust 2006-4's ("NCSLT") motion to dismiss. It is hereby

**ORDERED** that the briefing schedule is modified as follows:

- By **November 8, 2021**, Plaintiffs shall file any opposition, and
- By **November 18, 2021**, NCSLT shall file any reply.

The parties shall comply with the Court's Individual Rules regarding motions, including page limits.

Dated: September 28, 2021
       New York, New York

                                           LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE