

The application is **GRANTED IN PART.** The initial pretrial conference scheduled for October 28, 2021, at 11:00 a.m., is ADJOURNED to **November 18, 2021, at 11:00 a.m**. on the following conference line: 888-363-4749, access code: 558-3333.  Per the Individual Rules, the parties shall submit a joint letter and a Proposed Civil Case Management Plan and Scheduling Order one week before the conference.

The Clerk of Court is respectfully directed to close the motion at Docket No. 22.

Dated: October 22, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

October 21, 2021

By ECF

The Honorable Lorna H. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Richards, et al. v. MRS BPO, LLC, et al.*,1:21-cv-06659 (LGS)

Dear Judge Schofield:

We represent National Collegiate Student Loan Trust 2006-4, a defendant in the above matter. We write to request an adjournment of the Initial Conference currently scheduled for October 28, 2021 at 11 a.m. All of the parties to this matter consent to this request.

The parties ask that the conference be adjourned for two weeks until November 11, 2021, or as soon thereafter as is convenient for the Court. The parties would like the opportunity to continue to pursue a potential settlement.

No previous requests for an adjournment have been made.

Respectfully submitted,

LOCKE LORD LLP


*/s R. James DeRose, III*

R. James DeRose III


cc:  All counsel via ECF

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach